No. 00–1619. GOORD, COMMISSIONER, NEW YORK DEPART-
MENT OF CORRECTIONAL SERVICES, ET AL. *v.* LAWRENCE. C. A.
2d Cir. Certiorari granted, judgment vacated, and case re-
manded for further consideration in light of *Porter* v. *Nussle*, 534
U. S. 516 (2002).

No. 01–100. STERNER ET AL. *v.* ROYSTER. C. A. 2d Cir. Cer-
tiorari granted, judgment vacated, and case remanded for further
consideration in light of *Porter* v. *Nussle*, 534 U. S. 516 (2002).

No. 01–7124. TROBAUGH *v.* HAWK SAWYER, DIRECTOR, FED-
ERAL BUREAU OF PRISONS, ET AL. C. A. 8th Cir. Motion of
petitioner for leave to proceed *in forma pauperis* denied, and
certiorari dismissed. See this Court's Rule 39.8.

No. 01–7526. SINDRAM *v.* RUBIN. Ct. App. Md. Motion of
petitioner for leave to proceed *in forma pauperis* denied, and
certiorari dismissed. See this Court's Rule 39.8. As petitioner
has repeatedly abused this Court's process, the Clerk is directed
not to accept any further petitions in noncriminal matters from
petitioner unless the docketing fee required by Rule 38(a) is paid
and the petition is submitted in compliance with Rule 33.1. See
*Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1
(1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4,
and cases cited therein.